IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| APPROXIMATELY $590,252 IN UNITED STATES CURRENCY SEIZED FROM ERREN WOODSON ON DECEMBER 20, 2023 AT 1705 BRAY DRIVE, CHARLOTTE, NC | ) ) ) ) ) ) | Civil No. 3:26-cv-00463 |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW COMES the United States of America, Plaintiff herein, by and through Russ Ferguson, United States Attorney, in a civil cause of forfeiture, and respectfully states as follows:

### INTRODUCTION

1. This is a civil action in rem against approximately $590,252 in United States Currency seized from Erren Woodson on December 20, 2023, at 1705 Bray Drive, Charlotte, North Carolina (the "Currency").

2. The Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, is proceeds traceable to such an exchange, and is money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 846. Specifically, as described more fully below, following investigations of multiple individuals for narcotics and stolen property violations, law enforcement found the Currency in a residence with illegal narcotics, firearms, a ledger, and vacuum sealing materials. Woodson, the owner of the residence, pled guilty to a federal narcotics offense.

3. As pictured below, the Currency located inside of the residence appeared counted, rubber-banded, placed in bundles according to denomination, and, in some cases, vacuum sealed.

 



4. Procedures for this action are mandated by 21 U.S.C. § 881, 18 U.S.C. § 983, 19 U.S.C. §§ 1602-1621, and, to the extent applicable, the Federal Rules of Civil Procedure and accompanying Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. These statutes confer original jurisdiction to federal district courts of all civil actions, suits, or proceedings commenced by the United States and any action for the forfeiture of property incurred under any act of Congress.

6. Venue is proper pursuant to 28 U.S.C. § 1395 because the Currency was seized in the Western District of North Carolina.

7. The Currency has been seized and is now within the Western District of North Carolina.

8. Based on the following facts, verified by Federal Bureau of Investigations ("FBI") Task Force Officer ("TFO") Michael Sardelis, this action seeks the forfeiture of all right, title, and interest in the Currency.

## FACTS GIVING RISE TO FORFEITURE

9. The Charlotte Mecklenburg Police Department ("CMPD") began their investigation into Woodson following information gathered during a search warrant executed on September 13, 2023, at 14900 Majestic Oak Drive, Charlotte, North Carolina, the residence of Andre Lamar Sumner (Sumner). During this investigation of Sumner, detectives seized, among other items, fraudulently registered stolen vehicles, three firearms, approximately 71 pounds of marijuana, approximately 57 grams of suspected cocaine, approximately 10.8 grams of Xanax,

3

approximately 2.4 pounds of psilocybin mushrooms, a vacuum sealer, a money counter, digital scales, narcotics packaging, $118,619.00 in U.S. Currency, and Sumner's cell phone.

10. As a result of this investigation, Sumner was charged with, among other state felonies, possession of stolen motor vehicle, possession of a firearm by a convicted felon, possession of a stolen firearm, maintaining a dwelling for a controlled substance, chop shop activity, alter serial numbers, and narcotics trafficking.

11. Law enforcement ultimately obtained a search warrant for Sumner's cell phone and identified numerous texts between Sumner and Woodson about the purchase and sale of stolen vehicles.

12. Officers also began to review Woodson's criminal history. Officers determined that Woodson had previously been arrested on state charges for purchase with intent to sell or distribute cocaine, purchase with intent to sell or distribute marijuana, felony possession of cocaine, maintain vehicle / dwelling / place for controlled substance, carrying a concealed gun, and several other offenses.

13. Law enforcement also identified other investigative information that Woodson acted as a narcotics trafficker in the Charlotte, North Carolina area and hid currency at one or more residences.

14. On September 15, 2023, CMPD officers located a grey 2022 Dodge Ram TRX parked in an open parking lot at 218 E 7th St Charlotte, NC 28202. The vehicle displayed a fictitious South Carolina license plate, which is odd for an expensive, high-end model vehicle such as a TRX. Officers checked the VIN that was displayed of 1C6SRFU97NN227116 and discovered that the vehicle was not registered in all 50 states. Furthermore, the secondary VIN had been grinded down and repainted.

4

15.     Upon further inspection of the vehicle, Officers located the true VIN of the vehicle—1C6SRFU98NN424862. Officers confirmed that the vehicle was reported stolen from Philadelphia, Pennsylvania.   Officers arranged for the vehicle to be towed to Eastway Wrecker.

16.     On September 21, 2023, Woodson responded to Eastway Wrecker attempting to claim ownership of the stolen TRX.   Woodson provided a verbal statement to detectives, stating that he had purchased the vehicle from a wholesale dealer.   Woodson produced a fraudulent South Carolina Bill of Sale and a fraudulent North Carolina registration.   Woodson also provided the key for this vehicle to Detectives.   Woodson was not arrested on this date; however, after detectives collected additional evidence, detectives eventually sought a warrant in reference to this incident for possession of stolen motor vehicle.

17.     Specifically, since August 22, 2023, officers with the CMPD, North Division Crime Reduction Unit and SCARLET (Stolen Car and Recovery Law Enforcement Team) had been monitoring Woodson's home at 1705 Bray Dr, Charlotte, NC ("the Woodson Residence"). Officers had observed numerous vehicles parked at the Woodson Residence.   Law enforcement had confirmed that several of the vehicles, including a Dodge Ram TRX and multiple other vehicles, were confirmed or suspected of being stolen.

18.     On December 19, 2023, detectives obtained a state search warrant for the Woodson Residence and for Woodson's arrest in regard to the stolen Dodge Ram TRX.

19.     On December 20, 2023, law enforcement executed the Search Warrant on the Residence.   During the search, law enforcement located, among other things:

- The $590,252 in U.S. Currency;
- Stolen vehicles;
- Nine firearms and ammunition (one of which was stolen); and
- Illegal narcotics, including 7.6lbs of psilocybin mushrooms, 86.4lbs of marijuana, 29.4lbs of edible psilocybin mushroom chocolates, and hundreds of

5

THC vape vials.

Officers found much of the narcotics, as well as some of the Currency, in numerous vacuum sealed bags. The Currency is pictured above. Some of the other seized items, including firearms and packaged narcotics, are pictured as follows:



20. On October 4, 2024, the U.S. Attorney's Office, Western District of North Carolina, filed a Bill of Information (WDNC Case 3:24-cr-00198) charging Woodson with one count of possession with intent to distribute marijuana on or about December 20, 2023. Woodson ultimately pled guilty via Plea Agreement ("the Narcotics Plea Agreement") to possession with intent to distribute marijuana. In another case (WDNC Case 3:24-cr-65), Woodson also pled guilty to conspiracy to engage in interstate transportation of stolen property and possession of a stolen vehicle, all such conduct occurring at, around the time of, or in the two years preceding the search.

21. In the Narcotics Plea Agreement, Woodson agreed to the following in regard to seized assets:

> **To forfeit, via an administrative or judicial proceeding**, all assets listed in the charging document and, if applicable, Bill of Particulars, **or seized during this investigation or a related investigation**; to withdraw any claims and petitions for such assets; to entry of a money judgment in the amount specified in the charging document or Bill of Particulars; to Magistrate Judge conducting forfeiture proceeding; to waive any rights to notice of forfeiture and to pronouncement of forfeiture at sentencing; **and to abandonment of the defendant's interest, if any, in any seized assets not forfeited**.

Therefore, Woodson has consented to civil forfeiture of the Currency seized at the same time as the narcotics and firearms identified above.

22. Woodson was previously convicted of, among other offenses, narcotics offenses.

23. The North Carolina employment system does not identify any wage or employment history as to Woodson.

### FIRST CLAIM FOR RELIEF – THE CURRENCY
### (21 U.S.C § 881(a)(6))

24. The United States incorporates by reference the allegations set forth above as if

fully set forth herein.

25.     The Currency is subject to forfeiture pursuant to 21 U.S.C. § 881 (a)(6) because it constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, is proceeds traceable to such an exchange, and is money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 846.

## CONCLUSION AND PRAYER FOR RELIEF

26.     By virtue of the foregoing, all right, title, and interest in the Currency vested in the United States at the time of the commissions of the unlawful act giving rise to forfeiture, 21 U.S.C. § 881(h), and has become and is forfeitable to the United States.

WHEREFORE, the United States of America respectfully prays the Court that:

1.     A warrant for the arrest of the Currency be issued;

2.     Due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

3.     Judgment be entered declaring the Currency to be condemned and forfeited to the United States of America for disposition according to law; and

4.     The United States be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action, including but not limited to the expenses of maintenance and protection of the Currency as required by 28 U.S.C. § 1921.

Respectfully submitted this 12th day of June, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

**s/ Benjamin Bain-Creed**
Florida Bar # 0021436
Assistant United States Attorney

8

Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
Email: benjamin.bain-creed@usdoj.gov

9

## <u>VERIFICATION</u>

I declare under penalty of perjury that the factual information contained in the foregoing

Complaint is true and correct according to the best of my knowledge, information, and belief.

Executed on the _11_ day of June, 2026.

_____
Michael Sardelis
Task Force Officer
Federal Bureau of Investigations

10